Harriet Smith and Harry E. Smith, Plaintiffs-Appel-
lants, v. Dorothy Parker and James Poole, Defend-
ants-Appellees.

Gen. No. 11,372. 

Second District, First Division.

May 16, 1960.

Robert E. Dolph, James E. Cheatham, and William H. Wake, of Aurora, for appellant; Dunn and Hayes, of Morris, for appellee. Opinion by JUSTICE SPIVEY. **Not to be published in full.**